**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH JERMAINE SMITH, | No. 1:25-cv-01222 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS |
| v. | |
| GUITRON, *et al.* | (Doc. 16) |
| Defendants. | |

Joseph Jermaine Smith is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 27, 2026, the magistrate judge issued findings and recommendations recommending this action proceed on Plaintiff's second amended complaint against Defendants Ali Guitron, Jorge Reyes-Mercado, R. Rensen, S. Stevensen, and Y. Trejo for excessive force in violation of the Eighth Amendment and that all other claims be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (Doc. 16.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections and the time in which to do so has expired.

///

1

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The findings and recommendations issued on May 27, 2026, (Doc. 16), are **ADOPTED**.

2. This action **SHALL PROCEED** on Plaintiff's second amended complaint against Defendants Ali Guitron, Jorge Reyes-Mercado, R. Rensen, S. Stevensen, and Y. Trejo for excessive force in violation of the Eighth Amendment.

3. All other claims are **DISMISSED** based on Plaintiff's failure to state claims upon which relief may be granted.

4. The action is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **June 29, 2026**

UNITED STATES DISTRICT JUDGE

2