**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSEPH JERMAINE SMITH,

Plaintiff,

v.

GUITRON, *et al.*,

Defendants.

Case No. 1:25-cv-01222 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING DEFENDANT S. STEVENSEN, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET

(Doc. 27)

Joseph Jermaine Smith seeks to hold defendants Ali Guitron, Jorge Reyes-Mercado, R. Rensen, S. Stevensen, and Y. Trejo liable for excessive force in violation of the Eighth Amendment. (*See generally* Doc. 15; *see also* Doc. 17.) The magistrate judge found Plaintiff failed to provide sufficient information to serve Stevensen with the summons and complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 27 at 2-3.) Therefore, the magistrate judge recommended the Court dismiss Stevenson without prejudice. (*Id.* at 3.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 27 at 3.) The Court also informed Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1), the Court performed a *de novo* review of this case.

Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued on September 2, 2026 (Doc. 27) are **ADOPTED**
2. Defendant S. Stevensen is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated: _October 4, 2026_

UNITED STATES DISTRICT JUDGE