# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH JERMAINE SMITH,

Plaintiff,

v.

GUITRON, *et al.*,

Defendants.

Case No. 1:25-cv-01222-JLT-BAM (PC)

ORDER GRANTING DEFENDANTS' MOTION TO OPT-OUT AND REQUEST TO VACATE SETTLEMENT CONFERENCE (ECF No. 32)

ORDER LIFTING STAY OF PROCEEDINGS

ORDER VACATING DECEMBER 29, 2026 SETTLEMENT CONFERENCE (ECF No. 30)

ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER

Plaintiff Joseph Jermaine Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Ali Guitron, Jorge Reyes-Mercado, Peterson (named as Rensen), and Y. Trejo for excessive force in violation of the Eighth Amendment.

On October 5, 2026, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 30.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On November 19, 2026, Defendants filed a notice of opt-out and request to vacate the settlement conference. (ECF No. 32.) Based on a preliminary investigation of the case, defense

counsel finds that a settlement conference would be a waste of resources and not productive at this current juncture of the case. This position is supported by defense counsel's supervisor. Defense counsel also spoke with Plaintiff before filing the notice. (*Id.*) Defendants therefore move to opt out of the post-screening ADR and defense counsel requests that the Court lift the stay, vacate the settlement conference, and issue a Discovery and Scheduling Order. (*Id.*) Therefore, the stay is lifted, and the December 29, 2026 settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt-out and request to vacate settlement conference, (ECF No. 32), is GRANTED;
2. The stay of this action, (ECF No. 30), is LIFTED;
3. The December 29, 2026 settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **November 20, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE